## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Herbert Grossman, individually and
as Executor of the Estate of Carolyn
Grossman, Deceased, et al.,

      Plaintiffs,                        Civil 10-1235 (RHK/RLE)

vs.                                **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 12, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge